# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

vs.                                                    CASE NO: 8:11-CR-545-T-24MAP

**JOSE ALBERTO LINARES MENDEZ**
  Defendant

## ORDER

Defendant Jose Alberto Linares Mendez filed a Motion under Federal Rule of Criminal Procedure 35(b), which the Court construes as a motion to compel the United States to file a Rule 35 Motion. (Dkt. 113). Upon review, the motion is **DENIED**.

The Court ordered the United States to respond to Defendant's motion. (Dkt. 114). On July 7, 2017, the Government filed a response stating "[a]fter reviewing the defendant's claims and history of cooperation, the United States advises that a motion for reduction of sentence will be forthcoming for the defendant in this case." (Dkt. 115). However, the Government argued that because "this decision falls withing the sound discretion of the United States," Defendant's motion should be denied. (Dkt. 115).

To date, the Government has not filed the Rule 35(b) motion. Because the Assistant United States Attorney stated a motion would be forthcoming, the Court anticipates that a motion will be filed. However, a Rule 35(b) motion is a motion that must be filed by the Government. This Court has the authority to review the Government's refusal to file a substantial assistance motion and grant a remedy only if it finds the refusal to file is based on an unconstitutional

motive such as race or religion. *Wade v. United States*, 504 U.S. 181, 185-186 (1982). It is up to the Defendant to make a substantial threshold showing of an unconstitutional motive. A generalized showing is not enough. *U.S. v. Gilmore*, 149 Fed. App'x 883, 887 (11th Cir. 2005).

The Defendant has not alleged or produced any evidence that the Government's failure to file a Rule 35(b) motion is based on an unconstitutional motive. The government has the power but not the duty to file a Rule 35(b) motion when a defendant has assisted the Government. *Wade*, 504 at 185. The Court does not evaluate the assistance rendered by a defendant unless and until the Government files its motion for downward departure. The Court is precluded from intruding into prosecutorial discretion. *U.S.. v. Forney*, 9 F.3d 1492, 1500-1501 (11th Cir. 1993).

Accordingly the construed motion to compel the Government to file a Rule 35(b) motion is **DENIED**.

It is so Ordered this 10th day of July, 2017.

Susan C. Bucklew
SUSAN C. BUCKLEW
United States District Judge

Copy: Jose Alberto Linares Mendez, 55595-018, Pro-se

D Ray James CF, P.O. Box 2000, Folkston, GA 31537