UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    vs.                                            CASE NO: 8:11-CR-545-T-24MAP

JOSE ALBERTO LINARES MENDEZ
    Defendant

## ORDER

The United States has filed a Motion for Reduction in Sentence Pursuant to Fed. R. Crim. P. 35(b), seeking a 4-level departure in Defendant Jose Alberto Linares Mendez's sentence. (Dkt. 117). The motion is GRANTED.

On April 10, 2012, Linares Mendez was sentenced to 168 months in the Bureau of Prisons for conspiracy to possess with intent to deliver five (5) or more kilograms of cocaine while aboard a vessel subject to the jurisdiction of the United States. (Dkt. 59). On August 31, 2016, this Court granted Linares Mendez's motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and reduced his sentence to 135 months' imprisonment. (Doc. 101). After this reduction, his amended total offense level was 33, his criminal history category was I, and his amended guideline range was 135 to 168 months' imprisonment. (Doc. 102). A 4-level reduction pursuant to the United States' motion would result in a second amended total offense level of 29 and an amended guideline range of 87 to 108 months.

Accordingly the Government's motion pursuant to Rule 35(b) is GRANTED. Defendant Jose Alberto Linares Mendez's sentence is reduced to 87 months with the remainder of the terms

and conditions of his sentence to remain the same. The Clerk is directed to prepare an amended judgment.

    It is so Ordered this 24th day of July, 2017.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copy:  Jose Alberto Linares Mendez, 55595-018, Pro-se

       D Ray James CF, P.O. Box 2000, Folkston, GA 31537